PALMER OIL CORP. ET AL. v. AMERADA
PETROLEUM CORP. ET AL.

NO. 301.

Continued November 5, 1951.

*Coleman Hayes, Mark H. Adams* and *Charles E. Jones*
for appellants in No. 301.

*Reford Bond, Jr.* for appellants in No. 302.

*Harry D. Page* for the Amerada Petroleum Corpora-
tion; *Earl A. Brown, Robert W. Richards* and *Charles B.
Wallace* for the Magnolia Petroleum Co.; *M. D. Kirk* for
the Sunray Oil Corporation; and *Rayburn L. Foster,
Harry Turner* and *R. M. Williams* for the Phillips Petro-
leum Co., appellees.

PER CURIAM.

The Court is advised that, on May 26, 1951, the Okla-
homa Legislature repealed Okla. Stat., 1941 (Cum. Supp.
1949), Tit. 52, §§ 286.1–286.17, the constitutionality of
which is drawn in question by these appeals. The causes
are therefore ordered/ continued for such period as will
enable appellants with all convenient speed to secure in an
appropriate state proceeding a determination as to the
effect of this repeal on the matters raised in these appeals.

*Cause continued.*